EDWARD A. TREDER
State Bar No. 116307
DARLENE P. HERNANDEZ
State Bar No. 203050
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
File No. 20080187520156

Attorneys for Defendant NDeX WEST, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA RAMIREZ,<br><br>                Plaintiff,<br>vs.<br><br>CHASE HOME FINANCE, LLC; NDEX WEST LLC,<br><br>                Defendants. | CASE NO. 2:11-cv-00749-GW-AJW<br><br>JUDGMENT OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT NDEX WEST, LLC<br><br>Date: January 26, 2010<br>Time: 8:30 a.m.<br>Dept. 10 |

      The Court having granted Defendants JPMORGAN CHASE BANK, N.A. *et al.*'s Motion to Dismiss Complaint, filed on December 6, 2011, and heard on January 26, 2012 and GOOD CAUSE APPEARING,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff SILVIA RAMIREZ shall take nothing by her claims asserted in this action against Defendant NDEX WEST, LLC, and

1
2
3   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims asserted in this action by Plaintiff SILVIA RAMIREZ against Defendant NDEX WEST LLC shall be, and are hereby, dismissed with prejudice.

4
5  Dated: February 2, 2012
6                              _____
7                              HONORABLE GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28